William D. Holm, Bar #007412
Erik J. Stone, Bar #027805
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7804
wholm@jshfirm.com
estone@jshfirm.com

Attorneys for Defendant

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| Cora Skinner, an individual; Jaime Edmondson Longoria, an individual; Jessica Rockwell, an individual; Lina Posada, an individual; Lucy Pinder, an individual; Nikki Leigh, an individual; and Ursula Mayes, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> Tuscan, Inc. d/b/a Ten's Nightclub, an Arizona corporation; and Does 1 through 20, inclusive, <br><br> Defendant. | NO. TBD <br><br> **NOTICE OF REMOVAL** |

Defendant, Tuscan, Inc. d/b/a Ten's Nightclub ("Defendant"), by and through counsel undersigned, hereby files the following Notice of Removal of Pima County Superior Court Case No. C20182528, to the United States District Court for the District of Arizona pursuant to 15 U.S.C. § 1125(a). As grounds for removal, Defendant states as follows:

**I.      PROCEDURAL HISTORY**

1.     The above-captioned case commenced when Plaintiffs, Cora Skinner, Jaime Edmondson Longoria, Jessica Rockwell, Lina Posada, Lucy Pinder, Nikki Leigh and Ursula Mayes ("Plaintiffs"), filed a Complaint in Pima County Superior Court on or

6861269.1

about May 21, 2018. *See* Complaint, along with the rest of the Superior Court file, attached as Exhibit A.

2. Defendant was served by a process server on May 31, 2018. *See* Affidavit of Service, attached as Exhibit B.

## II. TIMELINESS OF REMOVAL

3. Under 28 U.S.C. § 1446(b), a defendant has thirty days from the date of service of a complaint to remove the case to federal court.

4. This Notice of Removal is filed within thirty days of the service of that Complaint on Defendant.

5. This Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

6. A Notice of Filing Notice of Removal is being filed with Pima County Superior Court simultaneously with this Notice of Removal. *See* Notice of Filing Notice of Removal, attached as Exhibit C.

## III. BASIS FOR REMOVAL

7. This matter may be removed to this Court pursuant to 15 U.S.C. § 1125 (a).

8. Specifically, the Plaintiffs brings an action for the alleged violation of the Lanham Act, 15 U.S.C. § 1125(a).

9. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over this matter.

10. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where the action is pending."

11. As such, Defendant can remove this claim to federal court. *See* 28 U.S.C. § 1441(a).

12. In addition, under 28 U.S.C. § 1367(a), "the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action

within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

13. The other claims brought by Plaintiffs in this matter are so related to the claim creating original jurisdiction (i.e., the alleged violation of the Lanham Act) that they form part of the same case or controversy under Article III of the United States Constitution.

Given these grounds for removal, Defendant requests that the above action now pending in Pima County Superior Court be removed to this Court.

RESPECTFULLY SUBMITTED this 2nd day of July 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By s/Erik J. Stone
William D. Holm
Erik J. Stone
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

| | |
|---|---|
| 1 | Richard P. Traulsen, Esq. |
| 2 | BEGAM, MARKS & TRAULSEN P.A. |
|   | 11201 N. Tatum Boulevard, Suite 110 |
| 3 | Phoenix, Arizona 85028-6037 |
| 4 | AND |
| 5 | |
|   | Raymond P. Boucher, Esq. |
| 6 | Brian M. Bush, Esq. |
| 7 | (Admitted Pro Hac Vice) |
|   | BOUCHER LLP |
| 8 | 21600 Oxnard Street, Suite 600 |
|   | Woodland Hills, California 91367-4903 |
| 9 | Attorneys for Plaintiffs |
| 10 | |
|    | s/Kadie G. Lewis |
| 11 | |
| 12 | |
| ... | |
| 28 | |

6861269.1                                    4